UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JASON WAGSTER AND ELENA AUCOIN

VERSUS

SIDNEY J. GAUTREAUX, III, IN
HIS CAPACITY AS SHERIFF OF EAST
BATON ROUGE PARISH, ET AL

CIVIL ACTION

NUMBER 12-11-FJP-SCR

## SCHEDULING ORDER

Considering the information contained in the Joint Status Report filed April 12, 2012, record document number 6, the following scheduling order is entered pursuant to Rule 16, Fed.R.Civ.P.

- A. All fact discovery shall be completed and motions to compel fact discovery shall be filed by December 21, 2012.

- B. The parties shall make the initial disclosures required by Rule 26(a)(1), Fed.R.Civ.P., by May 7, 2012.

- C. Motions to amend the pleadings to add new parties or claims shall be filed by August 10, 2012.

- D. Plaintiffs shall make the disclosure of persons who may be used at trial to present evidence under Rules 702, 703 or 705, Fed.R.Evid., by January 11, 2013. Defendants shall disclose such persons by February 11, 2013.

- E. Any person who will offer expert testimony for the plaintiffs who is required by Rule 26(a)(2)(B), Fed.R.Civ.P., to produce a report shall produce such report by February 8, 2013. Defendants shall produce any required expert reports by March 8, 2013.

- F. Expert discovery, including depositions of expert witnesses, shall be completed by April 12, 2013.

- G. Dispositive motions shall be filed by May 24, 2013.

The dates for the final pretrial conference and the trial will be set in due course by the district judge.

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. A second and any subsequent motion to extend the scheduling order deadlines must be supported with detailed information describing the discovery already completed, what necessary discovery remains, the parties efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Motions for reconsideration by the magistrate judge of rulings granting or denying extensions of scheduling order deadlines will be considered as motions under either Rule 59 or Rule 60, Fed.R.Civ.P., depending on when the motion for reconsideration is filed. *See Lavespere v. Niagra Machine Tool Works*, 910 F.3d 167 (5th Cir. 1990), *cert. denied*, 510 U.S. 859, 114 S.Ct. 171 (1993).

Additionally, counsel are to confer promptly to discuss a rational commercial solution to this litigation. Within 15 days of expiration of the discovery deadline in "A" above, plaintiffs are to convey to defendants an offer of settlement or inform defendants

Case 3:12-cv-00011-FJP-SCR   Document 7   04/17/12   Page 2 of 3

that no settlement is possible. Defendants are to respond within 15 days from receipt of such offer.

**IT IS FURTHER ORDERED that the scheduling conference set for April 26, 2012 is cancelled.**

This case will be reviewed in approximately 90 days and assigned for a status conference if necessary.

Baton Rouge, Louisiana, April 16, 2012.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE