UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JASON WAGSTER AND ELENA AUCOIN

VERSUS

SIDNEY J. GAUTREAUX, III, IN
HIS CAPACITY AS SHERIFF OF EAST
BATON ROUGE PARISH, ET AL

CIVIL ACTION

NUMBER 12-11-FJP-SCR

**ORDER TO SHOW CAUSE**

On September 7, 2012 the plaintiffs were granted leave to file an Amended Complaint.[1] The Amended Complaint joined four additional defendants: Nick "Doe", Dave Flausse, Mike Lorio and Larry Walters. A review of the record showed that none of these defendants has filed an answer or otherwise made an appearance, and the record does not contain any evidence that any of them have been served with a summons and a copy of the original Complaint and the Amended Complaint or has waived service. Failure to serve a defendant within the time allowed by Rule 4(m), Fed.R.Civ.P., or obtain a waiver of service, may result in dismissal of the complaint. The time allowed under Rule 4(m) to serve these four defendant has expired.

Therefore;

IT IS ORDERED that plaintiffs Jason Wagster and Elena Aucoin show cause, in writing, on February 8, 2013 why their claims

---

[1] Record document number 10.

against defendants Nick "Doe", Dave Flausse, Mike Lorio and Larry Walters should not be dismissed pursuant to Rule 4(m). A written response to this order must be filed by noon on February 8, 2013; no oral argument will be heard.

**Failure to comply with this order may result in dismissal of the plaintiffs' Amended Complaint as to the claims against defendants Nick "Doe", Dave Flausse, Mike Lorio and Larry Walters without further notice.**

Baton Rouge, Louisiana, January 23, 2013.

*[signature: Stephen C. Riedlinger]*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE