UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON WAGSTER and ELENA AUCOIN | : | |
|     Plaintiffs, | : | |
| | : | |
| VERSUS | : | CIVIL ACTION NO. 12-11-BAJ-SCR |
| | : | |
| SIDNEY J. GAUTREAUX, III, in his capacity as Sheriff of East Baton Rouge Parish, et al | : | |
|     Defendants | : | |

## MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come individual Defendants Task Force Officer Mike Lorio and Task Force Officer Larry Walters, who respectfully move this Court to dismiss the Federal Tort Claims Act claims pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction and to dismiss this action pursuant to Rules 12(b)(2), (b)(4), (b)(5) of the Federal Rules of Civil Procedure for lack of personal jurisdiction, insufficient process, and insufficient service of process. In support of the motion, Defendants submit the attached *Memorandum in Support of Motion to Dismiss*.

                                                              RESPECTFULLY SUBMITTED,

                                                               DONALD J. CAZAYOUX, JR.
                                                               UNITED STATES ATTORNEY

                                                                /s/ Susan C. Amundson
                                                               Susan C. Amundson, LBN 22710
                                                               Assistant United States Attorney
                                                               777 Florida Street, Suite 208
                                                               Baton Rouge, Louisiana 70801
                                                               Telephone: (225) 389-0443
                                                               Fax: (225) 389-0685
                                                               E-mail: susan.amundson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing *Motion To Dismiss* and attached *Memorandum in Support of Motion To Dismiss* were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 22nd day of April, 2013.

/s/ Susan C. Amundson
Susan C. Amundson
Assistant United States Attorney