UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JASON WAGSTER, ET AL.

VERSUS

SIDNEY J. GAUTREAUX, III, ET AL.

CIVIL ACTION

NO. 12-11-SDD-SCR

## RULING

In this appeal, plaintiff seeks review of the Magistrate Judge's ruling of February 19, 2013.

In reviewing the Magistrate Judge's ruling in question, the Court must decide whether the ruling constitutes clear error. 28 U.S.C. § 636(b)(1)(A). Having considered the Magistrate Judge's ruling on the issue in question, the Court does not find any clear error. Accordingly,

**IT IS ORDERED** that the ruling of the Magistrate Judge dated February 19, 2013, is hereby AFFIRMED.

Baton Rouge, Louisiana, May 29, 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA