UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| JASON WAGSTER & ELENA AUCOIN | CIVIL ACTION NO. 3:12-CV-00011 |
|---|---|
| V. | |
| SIDNEY J. GAUTREAUX, III, IN HIS CAPACITY AS SHERIFF OF EAST BATON ROUGE PARISH, CITY/PARISH OF EAST BATON ROUGE, THROUGH MAYOR MELVIN L. "KIP" HOLDEN, LIEUTENANT DARRYL MICHELLI, AND CERTAIN OTHER UNKNOWN OFFICERS | JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Sgt. Bobby Moore, who moves this Honorable Court to dismiss the Plaintiffs' Federal Tort Claims Act claims against him pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, as this Honorable Court lacks subject matter jurisdiction over these claims. The reasons why Plaintiffs' claims should be dismissed are more fully set forth in the attached Memorandum of Law.

**WHEREFORE**, Defendant, Sgt. Bobby Moore, prays that this Motion be granted and Plaintiffs' claims under the Federal Tort Claims Act against him be dismissed with prejudice at Plaintiffs' cost.

Respectfully Submitted:

\_\_\_\_s/ Tara Johnston_____
MARY G. ERLINGSON (#19562)
TARA L. JOHNSTON (#28100)
MARY E. COLVIN (#33069)
**ERLINGSON BANKS, PLLC**
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 23rd day of May, 2014, a copy of the foregoing Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF system. Notice of filing will be sent by operation of the court's electronic filing system to the following persons:

**J. Christopher Alexander, Sr.
3751 Government Street, Suite A
Baton Rouge, Louisiana 70806**


_____/s/ Tara L. Johnston_____
Tara L. Johnston