UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| JASON WAGSTER & ELENA AUCOIN | CIVIL ACTION NO. 3:12-CV-00011 |
|---|---|
| V. | |
| SIDNEY J. GAUTREAUX, III, IN HIS CAPACITY AS SHERIFF OF EAST BATON ROUGE PARISH, CITY/PARISH OF EAST BATON ROUGE, THROUGH MAYOR MELVIN L. "KIP" HOLDEN, LIEUTENANT DARRYL MICHELLI, AND CERTAIN OTHER UNKNOWN OFFICERS | JUDGE SHELLY D. DICK  MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |

## ORDER

Considering the foregoing Motion:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss is **GRANTED**, as to the Plaintiffs' Federal Tort Claims Act claims against Defendant, Sgt. Bobby Moore, and Plaintiffs' Federal Tort Claims Act claims against him are Dismissed with prejudice, at Plaintiffs' costs.

**BATON ROUGE, LOUISIANA**, this ____ day of _____, 2014.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1