UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON WAGSTER & ELENA AUCOIN | CIVIL ACTION NO. 3:12-CV-00011 |
| V. | |
| SIDNEY J. GAUTREAUX, III, IN HIS CAPACITY AS SHERIFF OF EAST BATON ROUGE PARISH, CITY/PARISH OF EAST BATON ROUGE, THROUGH MAYOR MELVIN L. "KIP" HOLDEN, LIEUTENANT DARRYL MICHELLI, AND CERTAIN OTHER UNKNOWN OFFICERS | JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |

## RULE 12(C) MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, come Defendants, Detective Rob Chambers, Detective Eric David, Detective Stephen Hill, Detective Eric Jones, Detective Leonard Starnes, Detective Brian Stewart, Task Force Officer Bobby Moore, and Sheriff Sid Gautreaux (the "Defendants") who move this Honorable Court to grant their motion for judgment on the pleadings, and dismiss the Plaintiffs' claims because the Plaintiffs brought their claims against these Defendants after the expiration of the applicable statute of limitations. Further, the Plaintiffs have failed to state a claim against Sheriff Gautreaux for vicarious liability for the acts of Task Officer Bobby Moore because Moore was not acting in the course and scope of his employment with the Sheriff with respect to the claims against him. The reasons why Plaintiffs' claims should be dismissed are more fully set forth in the attached Memorandum of Law.

**WHEREFORE**, Defendants, Detective Rob Chambers, Detective Eric David, Detective Stephen Hill, Detective Eric Jones, Detective Leonard Starnes, Detective Brian Stewart, Task Force Officer Bobby Moore and Sheriff Sid Gautreaux pray that this Motion be granted and Plaintiffs' claims against them be dismissed with prejudice at Plaintiffs' cost.

Respectfully Submitted:

s/ Tara Johnston
MARY G. ERLINGSON (#19562)
TARA L. JOHNSTON (#28100)
MARY E. COLVIN (#33069)
**ERLINGSON BANKS, PLLC**
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 6th day of June, 2014, a copy of the foregoing Motion for Judgment on the Pleadings was filed electronically with the Clerk of Court using the CM/ECF system. Notice of filing will be sent by operation of the court's electronic filing system to the following persons:

**J. Christopher Alexander, Sr.
3751 Government Street, Suite A
Baton Rouge, Louisiana 70806**

/s/ Tara L. Johnston
Tara L. Johnston

2