UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| JASON WAGSTER & ELENA AUCOIN | CIVIL ACTION NO. 3:12-CV-00011 |
|---|---|
| V. | |
| SIDNEY J. GAUTREAUX, III, IN HIS CAPACITY AS SHERIFF OF EAST BATON ROUGE PARISH, CITY/PARISH OF EAST BATON ROUGE, THROUGH MAYOR MELVIN L. "KIP" HOLDEN, LIEUTENANT DARRYL MICHELLI, AND CERTAIN OTHER UNKNOWN OFFICERS | JUDGE SHELLY D. DICK  MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |

## ORDER

Considering the foregoing Motion:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for Judgment on the Pleadings is **GRANTED**, as to the Plaintiffs' claims against Detective Rob Chambers, Detective Eric David, Detective Stephen Hill, Detective Eric Jones, Detective Leonard Starnes, Detective Brian Stewart, Task Force Officer Bobby Moore and Sheriff Sid Gautreaux and Plaintiffs' claims against them are Dismissed with prejudice, at Plaintiffs' costs.

**BATON ROUGE, LOUISIANA**, this ____ day of _____, 2014.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA