UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| JASON WAGSTER & ELENA AUCOIN | CIVIL ACTION NO. 3:12-CV-00011 |
|---|---|
| V. | |
| SIDNEY J. GAUTREAUX, III, IN HIS CAPACITY AS SHERIFF OF EAST BATON ROUGE PARISH, CITY/PARISH OF EAST BATON ROUGE, THROUGH MAYOR MELVIN L. "KIP" HOLDEN, LIEUTENANT DARRYL MICHELLI, AND CERTAIN OTHER UNKNOWN OFFICERS | JUDGE SHELLY D. DICK  MAGISTRATE JUDGE STEPHEN C. RIEDLINGER |

## DEFENDANTS' WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, come Defendants, Detective Rob Chambers, Detective Eric David, Detective Stephen Hill, Detective Eric Jones, Detective Leonard Starnes, Detective Brian Stewart, Task Force Officer Bobby Moore, and Sheriff Sid Gautreaux, who, pursuant this Court's Notice to Counsel Setting Trial and Related Deadlines, Record Document Number 59, submit the following as a list of witnesses they intend to utilize at trial:

1. Sheriff Sidney J. Gautreaux, III, defendant

2. Eric Jones, EBRSO Narcotics, defendant

3. Leonard Starnes, EBRSO Narcotics, defendant

4. Rob Chambers, EBRSO Narcotics, defendant

5. Stephen Hill, EBRSO, defendant

6. Eric David, EBRSO, defendant

7. Brian Stewart, EBRSO, defendant

8. Captain Bobby Dale Callender, EBRSO

9. Bobby Moore, U.S. Marshal's Task Force, defendant

10. Mike Lorio, U.S. Marshal's Task Force

11. Lt. Rhys Flynn, EBRSO Internal Affairs

12. Kellie Jolivette, EBRSO Human Resources

13. Lt. Denise Boudreaux, EBRSO Records Department

14. Captain Paul Venable, EBRSO Training

15. Captain Eleanor Stewart, EBRSO Communications

16. Nathan Harrison, EBRSO Narcotics

17. Captain Troy Mims, Narcotics supervisor

18. Captain Ricky Klug, Armed Robbery and Burglary supervisor

19. Dave Flausse, Louisiana State Police/U.S. Marshal's Task Force

20. Larry Walters, U.S. Marshal's Task Force

21. Christopher Aucoin

22. Lt. Darryl Michelli, EBRSO

23. Representative of U.S. Marshal's Office

24. Any and all health care providers and counselors who have treated plaintiffs prior to or after the incident that is the subject of this litigation, including, but not limited to, Dr. Salyid Wahld and Dr. Ashwin B. Sura.

25. Any and all witnesses listed by plaintiffs

26. Any witness necessary for rebuttal or impeachment

Respectfully Submitted:

____s/ Tara Johnston_____
MARY G. ERLINGSON (#19562)
TARA L. JOHNSTON (#28100)
E**RLINGSON BANKS, PLLC**
301 Main Street, Suite 2110
Baton Rouge, Louisiana 70801
Telephone: (225) 218-4446
Facsimile: (225) 246-2876

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 21st day of July, 2014, a copy of the foregoing Witness List was filed electronically with the Clerk of Court using the CM/ECF system. Notice of filing will be sent by operation of the court's electronic filing system to the following persons:

**J. Christopher Alexander, Sr.
3751 Government Street, Suite A
Baton Rouge, Louisiana 70806**

_____/s/ Tara L. Johnston_____
Tara L. Johnston